UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BOHDAN MAKUCH,                                                                CASE NO.  16 – 11804 JKF
            Debtor                                                                                              Chapter 13

ORDER

AND NOW this 1st day of April, 2016, upon consideration of the debtor's request for an extension of time to file the balance of his petition documents, said request is GRANTED and said petition documents are now due by April 13, 2016.

_____
BANKRUPTCY JUDGE