# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOHDAN MAKUCH          Chapter 13

         Debtor          Bankruptcy No. 16-11804-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __13th__ day of __October__, 201_6_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DOUGLAS R. LALLY ESQ
261 OLD YORK RD
SUITE 524
JENKINTOWN, PA 19046-

Debtor:
BOHDAN MAKUCH

1851 MEADOWBROOK ROAD

ABINGTON, PA 19001-